**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-2234**

_____

SUNNY O. EKOKOTU,

Plaintiff - Appellant,

versus

BUNDY AMERICAN CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-1258-AMD)

_____

Submitted: February 19, 2004      Decided: March 5, 2004

_____

Before WIDENER, NIEMEYER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sunny O. Ekokotu, Appellant Pro Se. Maurice Michael LaPlaca, Jr., Rockville, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sunny O. Ekokotu appeals the district court's order denying his motion to vacate the arbitrator's award. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ekokotu v. Bundy American Corp., No. CA-03-1258-AMD (D. Md. Sept. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED